# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 26, 2026

**MEMO ENDORSED**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Bail modification request GRANTED.

Mr. Taylor may attend the visitation and funeral of Ms. Doughty this Sunday, March 1, 2026.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
2/27/2026

Re: *United States v. Travis Taylor*, 25 Mag. 2653

Dear Judge Reznik:

I am writing to request that the Court modify the terms of Mr. Taylor's release to allow Mr. Taylor to attend the visitation and funeral of Ms. Doughty this Sunday, March 1, 2026, in Brooklyn, New York.

Mr. Taylor considers Ms. Doughty as one of his grandmothers as they had a close relationship, and she frequently cared for him as a child. The visitation and funeral service will take place at Andrew Torregrossa & Sons, 2265 Flatbush Avenue, Brooklyn, NY 11234. Mr. Taylor seeks permission to attend the funeral and the last hour of visitation.

Mr. Taylor has been on pretrial release since November 13, 2025, and has complied with the conditions of his release. I have discussed this request to allow Mr. Taylor to attend Sunday's funeral and visitation with Pretrial Officer Shannon Finneran and Assistant United States Attorney John Sarlitto and they do not have an objection to this request.

Sincerely,

Sungso Lee

cc:  AUSA John Sarlitto
     Pretrial Officer Shannon Finneran